# 17:28 LOPEZ into store





# 17:28 ~34 seconds  later H            into store



# 17:29 at gun counter





17:30








# 18:07 Both Exit

