

**Cru54d3r** @Cru54d3r
Sep 1

this may sound crazy and extreme, but at this point I'm completely for white immigration. I'm completely for even illegal white immigration. I'm for all white countries for all Fascist whites. if you're a Fascist White man or woman seeking asylum from a country without civilian gun ownership, please cross our border, get married, have a bunch of kids, and arm yourselves to the teeth. tell other Fascists you know in your country to do the same so we can reclaim our lands. let's use the tools kikes have made available against them. ==infiltrate the migrant caravans and outbreed all the niggers and mutts so as to demographically counter the nonwhite invaders==. please be a drain on the kike system by immediately going to social services and getting all the gibs typically given to niggers and mutts. go so far as to fake a mental disorder if you have to. organize into extended family households and take up all the low-medium wage tax-free jobs while concentrating multiple incomes into a single household. squat in abandoned properties and make all nonwhites around you feel uncomfortable. ==start ganging up on and beating every nigger and kike you see== until they are voluntarily leaving the continent in droves. ==have no tolerance for cops. if they come to your house, that's your cue to shoot them. if you see cops at your white neighbor's house, that's also your cue to shoot them. if you hear of cops beating up a white man in your area, get together to attack the whole police department== and even go so far as to break your white brothers out of prison if possible. have no tolerance for race traitors. form militias, build social services for destitute whites and stop crying about glowniggers infiltrating your group. the glowniggers will reveal themselves when we start going after their friends, colleagues, and families. ==this is total war. let's start acting like it.== let's beat all our enemies at their own game. always remember that our enemies have names, addresses, license plate numbers, etc some of which are required to be publicized. ==have absolutely zero regard for the "law and order" of the kike system that hates you.== freely give other whites whatever they may need if you can. you see a homeless white? give him some cash and food. they may not be based enough, but they will be if we follow this model of total racial solidarity that our enemies have adopted themselves.

**GOVERNMENT EXHIBIT**
**2**
3:23CR79