

**Cru54d3r** @Cru54d3r · #BritFam GB · 3 likes · Oct 4

@Darrenspace this is why we should always be armed. raid a military or police armory if you have to. go full Lord of War but for white people only if necessary. ==manufacture pipe bombs using match heads or mix acetone and either 35% peroxide or styrofoam== if necessary to manufacture what you need in order to defend yourself against the niggers or police. if you know where your local drug dealer lives, raid his house for cash and weapons and then use them to help other whites build community and fend off all opposition. take over territory and destabilize the system.

👍 3

Like   Reply   Repost   ...

GOVERNMENT EXHIBIT

**4**

3:23CR79