

**GOVERNMENT EXHIBIT**

**5**

3:23CR79













