

GOVERNMENT
EXHIBIT
1-A
3:23cr079



GOVERNMENT
EXHIBIT

1-B

3:23cr079



GOVERNMENT
EXHIBIT
1-C
3:23cr079



GOVERNMENT
EXHIBIT
**1-D**
3:23cr079



GOVERNMENT
EXHIBIT
1-E
3:23cr079



GOVERNMENT
EXHIBIT
1-F
3:23cr079



GOVERNMENT
EXHIBIT
**1-G**
3:23cr079

