CONVICTION AND SENTENCING ORDER

VIRGINIA:  IN THE CIRCUIT COURT OF HENRICO COUNTY

Judge:  James S. Yoffy

COMMONWEALTH OF VIRGINIA
vs.
XAVIER LOUIS LOPEZ

CASE NO. CR20-3061-00F

On January 7, 2021, came Sean Breit-Rupe, the attorney for the Commonwealth, and Xavier Louis Lopez, born December 9, 1999, who stands charged with a felony, to-wit: intentional destruction of property, the value of, or damage to such property being $1,000.00 or more (Virginia Code Section 18.2-137), as charged in the Warrant, was led to the bar in the custody of the Sheriff, and came also John W. Luxton, his attorney heretofore retained.

On motion of the attorney for the Commonwealth, the Court orders that the Warrant in this matter is amended to reflect the victim's name as "Ryan Dunne," and there being no objection from the attorney for the accused, said motion was granted.

Whereupon, the accused having waived his right to be indicted by a Grand Jury pursuant to the written Waiver of Indictment tendered this day, was arraigned and after private consultation with and being advised by his said counsel, pleaded guilty to the amended Warrant, which plea was tendered by the accused in person. And the Court, having made inquiry and being of the opinion that the accused fully understood the nature and effect of his plea and of the penalties that may be imposed upon his conviction and of the waiver of trial by jury and of appeal, finding that the plea was voluntarily and intelligently entered, proceeded to hear and determine this case without the intervention of a jury as provided by law.

Having heard the evidence and argument of counsel, the Court finds the defendant guilty of the following offense:

| CASE NUMBER | OFFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA CODE SECTION | VCC REFERENCE |
|---|---|---|---|---|
| CR20-3061 | intentional destruction of property, the value of, or damage to such property being $1,000.00 or more  (F) | 08/17/2020 | 18.2-137 | VAN-2956-F6 |

Counsel for the defendant, in open court, waived his right to a pre-sentence report to be prepared by the Office of Probation and Parole.

GOVERNMENT
EXHIBIT
3
3:23cr079

Page 2 of 3, Commonwealth v. Lopez, Case No. CR20-3061-00F

Pursuant to the provisions of the Virginia Code Section 19.2-298.01, the Court has considered and reviewed the applicable discretionary sentencing guidelines and the guidelines worksheet. The sentencing guidelines worksheet and the written explanation of any departure from the guidelines are ordered filed as part of the record in this case.

And it being demanded of the defendant if anything for himself he had or knew to say why judgment should not be pronounced against him according to law, and nothing being offered or alleged in delay of judgment, the Court sentences the defendant to incarceration with the Virginia Department of Corrections for a term of five (5) years, the execution of four (4) years of which sentence is suspended for ten (10) years. Conditions of the suspended sentence are that the defendant keep the peace and be of good behavior; that upon his release from incarceration, he report to be placed under the supervision of a Probation Officer of this Court; that he follow all rules and regulations set forth by his Probation Officer; that he totally abstain from the use or possession of alcohol, drugs, or narcotics in any form unless prescribed by a physician while under supervision, to include any substance abuse evaluation, testing, and treatment deemed necessary; that he surrender all firearms and firearm equipment, to include but not limited to, ammunition and firearm parts; that he have no contact with weapons of any kind, firearms, ammunition, and firearm parts; that upon his release from incarceration, he is to report to the Henrico Mental Health and Developmental Services for an evaluation and treatment; that he comply with any and all treatment recommendations made as a result of the abovementioned evaluation; and that he have no contact with the victims in this matter. The Court further orders that the defendant pay restitution in the amount of $817.50 to Ryan Dunne by making payments through the Henrico Circuit Court Clerk's Office, which is to be paid in full within one (1) year of his release from incarceration, and payment of which is to be monitored by his Probation Officer. The Court further orders that the restitution in the amount of $817.50 to Ryan Dunne is to be docketed as a civil judgment. The Court further orders that the defendant pay, and the Commonwealth recover, the costs of this case in the amount of $483.00.

The Court certifies that at all times during this proceeding, the defendant was present in person, and his attorney was likewise present in person and capably represented the defendant.

Thereupon, the defendant was remanded to the custody of the Sheriff.

A copy of this Order is made available to the Attorney for the Commonwealth through the Officer of the Court Remote Access system.

The Clerk is directed to forward an attested copy of this Order to John W. Luxton, Esquire, 100 West Franklin Street, Suite 301, Richmond, VA 23220; to the Henrico Circuit Court Clerk's Office, Bookkeeper, by hand delivery; to Probation and Parole, District #32, 2914 Hungary Spring Road, Richmond, VA 23228; to the Department of Corrections, Court and Legal

Page 3 of 3, Commonwealth v. Lopez, Case No. CR20-3061-00F

Section, by electronic transmission through Case Imaging System; and to Virginia Criminal Sentencing Commission, together with the Sentencing Guidelines, 100 North 9th St., 5th Floor, Richmond, VA 23219.

ENTER:    1/13/24

_____
James S. Yoffy, Judge

DEFENDANT IDENTIFICATION:
Alias: None   SSN: ***-**-       DOB:        1999      Sex: Male
SENTENCING SUMMARY:
TOTAL SENTENCE IMPOSED:  5 years
TOTAL SENTENCE SUSPENDED:  4 years

lam

1-13-21
smw
3