Items from 1419 Fort Hill Drive, Richmond, Virginia 23226

Ammunition
✓ 4 Boxes PMC (X-TAC) 5.56 NATO 62 Grs. Greentip-LAP
✓ 5 Boxes American Eagle Federal Ammunition 223 REM 55 Grain FMJ  100 round each box
✓ 1 Box Winchester 5.56mm M855 62 Grain   20 round
✓ 1 Box Federal Premium Tactical Bonded 223 REM 55 Grain Bonded SP  20 round
✓ 40 individual bullets in clear plastic holders
✓ 10 individual bullets in black plastic holder
✓ 50 individual bullets in black plastic container
✓ 50 individual bullets in black plastic container

Black Items – Curved rectangular shaped
✓ 17 black filled curved rectangular shaped items   15 (30 round) Magazine
                                                    2 (40 round) Magazine

Black Items – Cylinder shaped
✓ 3 black cylinder shaped items   3 completed AR-15 upper receivers

Black Items – Triangle shaped
✓ 1 black triangle shaped item (no box)   3 Lower receivers
✓ 2 black triangle shaped items (in individual boxes)

Box
✓ 1 Palmetto box

Miscellaneous Items       > 4 Palmetto Trigger/Handle Kit
Springs, small silver and black items

Silver Item – Rectangle shaped  > 1 Lower Receiver
1 silver rectangle shaped item    1 Jig Kit for AR-15 lower

✓ 4 Rifle (AR-15) Stock

● 530 round of Ammunition from Magazine

Received by: Officer S. Chamreun        Date: 01/06/21

_Officer_ (signature)
Name

_Officer_
Title

GOVERNMENT
EXHIBIT
4
3:23cr079