# 17:28 LOPEZ into store



GOVERNMENT
EXHIBIT
6
3:23cr079

# 17:28 ~34 seconds  later HAXHAJ into store



# 17:29 at gun counter





17:30








# 18:07 Both Exit

