📌 Pinned gab

 **Cru54d3r** @Cru54d3r ⋯

Oct 7 · 👁 · Edited

how to have a proper organization without opening yourself up to glownigger entrapment schemes:

1. all real weapons should be built, not bought. this can be done with a 3D printer and a parts kit, both of which can quite easily be bought untraceably, especially if everyone in the group holds mail for each other, and any debit gift cards used are purchased with cash and are registered under a pseudonym when necessary. ammo and magazines should be standardized for each type (carbines being .223/5.56 and STANAG mag compatible, shotguns being .12 gauge, handguns being 9mm and Glock mag compatible, etc.), and remember the rule for 7 mags per gun (or 7 velcro shell cards per tube fed shotgun), 3 guns per man. all handling of ammo, weapons, and magazines should be done with gloves on. hydration packs, tents, sleeping bags, etc. are an absolute must for each member to have. eventually you want to get to the point where each member is provided with all necessary items upon being fully vetted. also, all vetting of prospective members is to be completed in no more and no less than 15 months.

 **Cru54d3r** @Cru54d3r · Red Wave Riders · Edited · Oct 5

@LilR and no, being a convicted felon is not at all a valid excuse for remaining unarmed. stay strapped or get clapped. if you don't have a gun yet, at least acquire the means to make one. parts kits are everywhere and 3d printers are pretty cheap now too. you can also have a decent side hustle selling your builds to our white brothers across the pond and all around the world for monero over TOR or isp.

**GOVERNMENT EXHIBIT**

**8**

**3:23cr079**