VIRGINIA:

IN THE CIRCUIT COURT OF THE COUNTY OF HENRICO

COMMONWEALTH OF VIRGINIA

**ORDER**

IN RE:

**The Search Warrant for the residence and curtilage located at 1419 Fort Hill Drive, Richmond, VA 23226 in the County of Henrico.**

This day came the Attorney for the Commonwealth who moved the Court, pursuant to Virginia Code §19.2-54, to Order the sealing of the search warrant, affidavit for the search warrant, and search warrant return issued for the residence and curtilage located at 1419 Fort Hill Drive, Richmond, VA 23226 in the County of Henrico.

The search warrant is to be issued on or about November 12, 2022, upon an affidavit of Sergeant Douglas C. Wood, Henrico Division of Police.

After hearing the statements of the Commonwealth Attorney, this Court finds good cause shown and hereby ORDERS that the Clerk of the Circuit Court shall temporarily SEAL the search warrant, affidavit for search warrant, and the return of said search warrant described herein for a period of 120 days from the date of entry of this order.

ENTER: 11/12/22

_____
Judge

I ask for this:

_____
Deputy Commonwealth Attorney

A COPY TESTE:
HEIDI S. BARSHINGER, CLERK
HENRICO CIRCUIT COURT

_____
DEPUTY CLERK

GOVERNMENT
EXHIBIT
10
3:23cr079

LOPEZ_003463

RECEIVED

NOV 16 2022

CLERK'S OFFICE
HENRICO CIRCUIT COURT

LOPEZ_003464

# SEARCH WARRANT

Commonwealth of Virginia          VA. CODE §§ 19.2-56, 19.2-57

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth to forthwith search the following place, person or thing:

1419 Fort Hill Drive, Richmond, VA 23226, Henrico County and the curtilage pertaining to this location. This abode is described as a single-story residence with beige siding, maroon shudders and a white front door. The numbers "1419" are affixed to the right of the front door in large black numerals. The curtilage pertaining to this address has a free-standing shed in the rear of the property that appears to be beige in color.

for the following property, objects and/or persons:

See "Attachment A," attached hereto and incorporated herein as page 3 of this Search Warrant

[X] This SEARCH WARRANT authorizes a search of a place of abode which may be executed by initial entry of the abode
   [X] only in the daytime hours between 8:00 a.m. and 5:00 p.m., unless prior to the issuance of this SEARCH WARRANT, law-enforcement officers lawfully entered and secured the place to be searched and remained at such place continuously OR
   [ ] at any time for good cause shown.

As this SEARCH WARRANT authorizes a search of a place of abode, you are required to be recognizable and identifiable as a uniformed law-enforcement officer and to provide audible notice of your authority and purpose reasonably designed to be heard by the occupants of the place to be searched prior to the execution of this SEARCH WARRANT.

You are further commanded to seize said property, persons, and/or objects if they be found and to produce before the ......Henrico............................................................ Circuit Court an inventory of all property, persons, and/or objects seized.

This SEARCH WARRANT is issued in relation to [X] an offense substantially described as follows:
[ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:
   § 18.2-433.2. Paramilitary Activity Prohibited
   § 18.2-26/18.2-308.2. Attempted Possession of a Firearm by a Convicted Felon
   § 18.2-94. Possession of Burglarious Tools
   § 18.2-46.5(C) Committing, conspiring and aiding and abetting acts of terrorism prohibited; penalty.

[X] Supplemental sheet attached and incorporated by reference. Number of supplemental pages _____1_____.

I, the undersigned, have found probable cause to believe that the property or person constitutes evidence of the crime identified herein or tends to show that the person(s) named or described herein has committed or is committing a crime, or that the person to be arrested for whom a warrant or process for arrest has been issued is located at the place to be searched, and further that the search should be made, based on the statements in the attached affidavit sworn to by

D.C. Wood
NAME OF AFFIANT

11/12/22 — 2PM
DATE AND TIME

[ ] CLERK   [ ] MAGISTRATE   [\] JUDGE

FORM DC-339 (MASTER, PAGE ONE OF TWO) 07/22

---

FILE NO.

**SEARCH WARRANT**

**COMMONWEALTH OF VIRGINIA**

*v./In re*

1419 Fort Hill Drive, Richmond, VA 23226,

Henrico County

RECEIVED

NOV 16 2022

CLERK'S OFFICE
HENRICO CIRCUIT COURT

LOPEZ_003465

LOPEZ_003466

# SEARCH INVENTORY AND RETURN

The following items, and no others, were seized under authority of this WARRANT:

1. see attached
2.
3. 11/16/22
4. DCW
5.
6.
7.
8.
9.
10.
11.
12.

The statement above is true and accurate to the best of my knowledge and belief.

11/16/22
DATE

D.C. Woon
EXECUTING OFFICER

Subscribed and sworn before me this day

11/16/22
DATE

Bryant Crawley
[X] CLERK     [ ] MAGISTRATE     [ ] JUDGE

**FOR NOTARY PUBLIC'S USE ONLY:**

State of ........................................ [ ] City  [ ] County of ........................................

Acknowledged, subscribed and sworn to before me this ............ day of ........................................ , 20 ..........

........................................
NOTARY REGISTRATION NUMBER

........................................
NOTARY PUBLIC
(My commission expires: ........................................ )

---

## EXECUTION

Executed by searching the within described place, person or thing.

11/13/22          14:20
DATE AND TIME EXECUTED

S.D. Maxwell
EXECUTING OFFICER

Certified to    Henrico
Circuit Court on    11/16/22
DATE

D.C. Woon
EXECUTING OFFICER

Received [X] in person  [ ] by certified mail
[ ] by electronically transmitted facsimile

on    11/16/22
DATE

by: Bryant Crawley
CLERK OF CIRCUIT COURT

FORM DC-339 (MASTER, PAGE TWO OF TWO) 01/09

*Attachment A*

*For the following property, objects and/or persons:*

Evidence of Possession of a Firearm by a Convicted Felon and Burglary Tools to include but not limited to: Firearms, ammunition, firearms parts, firearms accessories, gun boxes, shipping boxes or containers, targets, documentation pertaining to the sale, purchase or manufacture of firearms, ammunition, firearms parts or firearms accessories, photos, schematics, or instructions of firearms or the manufacture of firearms, cellphones, electronic communication devices, tablet computers, internet modems, routers, lock picking devices, computers, 3D Printers, machines used to mill firearms parts, tool such as punches, screwdrivers, glues, cutting instruments and grinding instruments used in the production of firearms.

Evidence of paramilitary activity and/or evidence of committing, conspiring and aiding and abetting acts of terrorism to include but not limited to: documents, records, photographs, videos, member rosters, plans for past and future terroristic events, manifestos, ideological writings, training materials, clothing specific to their ideology, flags or banners or other items that are specific to their ideologies, trophies or mementos taken from persons their ideologies conflict with, literature sympathetic to their ideologies, electronic devices on their person and in their residence.

11/12/22 —
Judge 2 PM
Date

Date
Judge

LOPEZ_003467

Search warrant return for 1419 Fort Hill Drive on 9/13/2022

Item #1 -        One (1) Notepad with handwritten notes

Item #2 -        One (1) silver apple laptop computer – Model #A2338 Serial # FVFGD1SSQ05G

Item #3 -        Assorted paperwork and receipts

Item #4 -        One (1) camouflage vest carrier (No plates or vests inserted)

Item #5 -        One (1) bike helmet and mask

Item #6 -        One (1) silver HP Pavilion laptop computer

Item #7 -        One (1) black Motorola Model XT11254 (No Serial Number) cell phone in a black protective case

Item #8 -        One (1) yellow envelope containing paperwork and other assorted loose paperwork

Item #9 -        One (1) silver Dell Model # P104F Precision 3560 (No visible serial number) laptop computer (Sticker on computer advised that it is property of the Va. State Corporation Commission)

Item #10 -       One (1) blue box containing a pair of cufflinks with handcuff keys

Item #11 -       Assorted paperwork

Item #12 -       One (1) white flag with a black X across it

Item #13 -       One (1) Red with black writing "Legion Condor" arm band

Item #14 -       One (1) scope

Item #15 -       One (1)red and white flag with a circle and cross in the middle of it

Item #16 -       One black hat with the word "ICE" on the front of it

Item #17 -       One (1) black Security Proximeter Transmitter device (W/ battery inserted)

Item #18 -       One (1) blue Notebook with assorted paperwork

Item #19 -       One (1) box of Hornady Critical Defense 9mm Luger 115 Grain FTX (Qty. 25)

Item #20 -       Two (2) Midland Model # T51A black and orange handheld radio devices

Item #21 -       One (1) box of Stormproof Marches (Qty. 25)

Item #22 -       One (1) Bonnie Blue Flag (Blue flag with white star in the center of it)

Item #23 -       One (1) notepad with writing

Item #24 -       One (1) blue in color Christian Warfare hardcover book

LOPEZ_003468

Item #25 -     One (1) pair of Roundtree & York Cufflinks (Black, red, and white)

Item #26 -     One (1) Goodwill receipt dated 10/10/22 at 4:58 pm for $7.69

Item #27 -     Six (6) glass Molotov Cocktails with two (2) weatherproof matches attached on each bottle

Item #28 -     Two (2) Molotov Cocktails with wicks

Item #29 -     One (1) 12 oz. container of RAMSHOT Competition Smokeless Powder

Item #30 -     Six (6) smoke bombs

Item #31 -     One (1) black 3rd Light LLC. smoke grenade

Item #32 -     One (1) brown bottle containing liquid sitting in a Chef Boyardee can

Item #33 -     Assorted pieces of chemistry glassware (Three (3) pieces), one (1) blue funnel with residue, and rubber tubing

Item #34 -

One (1) round chemistry glassware beaker with top containing liquid

Item #35 -     One (1) knife in a sheath and E-Tool

Item #36 -     Two (2) books:

-My list of superpowers

-A Brief Catechism For Adults

Item #37 -     One white bag containing assorted receipts

Item #38 -     One (1) 13-piece SAE Hex Key Set

Item #39 -     One (1) blue and white Memorex 16GB thumb drive

Item #40 -     One (1) broken HP Model #OMEN laptop computer

Item #41 -     One (1) black DynCorp International Security Proximeter Receiver Device (W/ Battery) (Possibly matches up with Item #17)

Item #42 -     One (1) Easy German Step by Step Book

Item #43 -     One (1) Notebook with possible indented writing

Item #44 -     Two (2) Armbands

-One (1) red Nazis armband

-One (1) black armband with white skull and crossbones

Item #45 -     One (1) black flag with two lightning bolts and a skull

LOPEZ_003469

Item #46 - crossbones   One (1) red flag with Nazis symbols, lighting bolts, crosses, crowns, and skull and

Item #47 -   One (1) tactical flashlight and rear sight for a rifle in a plastic bag

Item #48 -   One (1) blue colored slide and barrel for a pistol (Barrel, spring, firing pin, etc.)

Item #49 -   One (1) plastic bag containing parts for a receiver (The parts are consistent with Item #80 packaging)

Item #50 -   One (1) black PMAG 9mm magazine

Item #51 -   One (1) TRADOC Pamphlet 600-4 (The Soldier's Blue Book)

Item #52 -   One (1) black notebook

Item #53 -   Assorted paperwork and CD's

Item #54 -   One (1) package of Ender series 3D Printing Filaments

Item #55 -   One (1) book titled – Dollfuss An Austrian Patriot

Item #56 -   One (1) Nazis Flag

Item #57 -   One (1) sling adapter possibly for a shotgun

Item #58 -   One (1) book titled "The Story of Fatima"

Item #59 -   One (1) Blackhawk Serpa left-handed holster and belt

Item #60 -   One (1) Bass Pro Shops Receipt dated 9/11/2022 at 18:00 for the purchase of "Ramshot Competition 1" gun powder

Item #61 -   One (1) Rifle Sling

Item #62 -   Two (2) AR Pistol Grips

Item #63 -   One (1) Bushmaster Operating and safety instruction manual

Item #64 -   One (1) black Backpack containing a lock picking set

Item #65 -   Assorted Paperwork

Item #66 -   One (1) letter

Item #67 -   One (1) red Dane-Elec 1GB Thumb drive

Item #68 -   One (1) book titled "The Devil and Karl Marx"

Item #69 -   One (1) Seagate Portable Drive 2TB in a cardboard box (Serial # NACMBDHT)

Item #70 -   One (1) notebook

Item #71 -   One (1) cardboard box containing:

-   One (1) glue gun

- One (1) AR selector switch

- One (1) Firefield 3X magnifier optic

- One (1) Shotshell

- One (1) pressure switch for a light

- One (1) Gun Lock

- One (1) Barnaul 7.62 X 39 Cartridge (removed and made Item #95)

- Assorted Spring Kit

- One (1) back-up sight

- One (1) weapon rail piece

- Assorted tools, hex wrench, etc

Item #72 -    One (1) FRAM PH373 Oil Filter

Item #73 -    One (1) Air Warrior notepad with a handwritten speech

Item #74 -    One (1) Palmetto State Armory box for a lower build kit (Box Only)

Item #75 -    Assorted paperwork and paper targets

Item #76 -    One (1) piece of chemistry glassware (Broken)

Item #77 -    One (1) Ender-3 3D Printer with memory card (Build plate has impression on it)

Item #78 -    One (1) EASY-JIG GEN2 Universal AR-15/.08 Jig Box (Box Only, No Jig) containing:

- Sparrow Sims

- Wire loop under door tool for opening doors

Item #79 -    One (1) Palmetto State Armory box for a lower build kit containing

- Rifle Sling Tools

- Weapon Light

Item #80 -    Packaging and shipping envelope receipt for Josh Rivera for a Aves FMDA DD 19.2 Rail Kit

Item #81 -    Two (2) 3D printed lower receiver billets

Item #82 -    One (1) Extended Magazine Well

Item #83 -    One (1) HGST Computer Hard Drive (Serial # 171119JR1000BNGBGYWE )

Item #84 -    Assorted Paperwork

Item #85 -    One (1) Network Modem

LOPEZ_003471

-Network Name XFSETUP-0CF1

Item #86 -    Assorted Paperwork

Item #87 -    One (1) PNY Attache 1G Thumb Drive

Item #88 -    One (1) Dell Windows XP Dimension E510 Model # DCSM Desktop CPU (Serial
#J39B291)

Item #89 -    One (1) HP Pavilion G4 Laptop Computer (Serial #CNF1146S1B)

Item #95 -    One (1) Barnaul 7.62 X 39 Cartridge (Removed from Item #71 and made new item)

Item #96 -    One (1) Netac 8 GB Micro SD Card

_____                    _____

DATE                                                  SIGNATURE

**LOPEZ_003472**

Case 3:23-cr-00079-DJN   Document 39-10   Filed 01/26/24   Page 11 of 33 PageID# 403

# AFFIDAVIT FOR SEARCH WARRANT

Commonwealth of Virginia          VA. CODE § 19.2-54

The undersigned Applicant states under oath:

1.  A search is requested in relation to [X] an offense substantially described as follows:
    [ ] a person to be arrested for whom a warrant or process for arrest has been issued identified as follows:

    § 18.2-433.2. Paramilitary Activity Prohibited
    § 18.2-26/18.2-308.2. Attempted Possession of a Firearm by a Convicted Felon
    § 18.2-94. Possession of Burglarious Tools
    § 18.2-46.5(C) Committing, conspiring and aiding and abetting acts of terrorism prohibited; penalty.

    [ ] CONTINUED ON ATTACHED SHEET

2.  The place, person or thing to be searched is described as follows [X] and is a place of abode:

    1419 Fort Hill Drive, Richmond, VA 23226, Henrico County and the curtilage pertaining to this location. This abode is described as a single-story residence with beige siding, maroon shudders and a white front door. The numbers "1419" are affixed to the right of the front door in large black numerals. The curtilage pertaining to this address has a free-standing shed in the rear of the property that appears to be beige in color.

    [ ] CONTINUED ON ATTACHED SHEET

3.  The things or persons to be searched for are described as follows:
    See Attachment A

| FILE NO. | |
|---|---|

## AFFIDAVIT FOR SEARCH WARRANT

APPLICANT:

D.C. Wood
..................................................
NAME

Sergeant
..................................................
TITLE (IF ANY)

Henrico County Police Divisoin
..................................................
ADDRESS

P.O. Box 90775 Henrico, VA 23294

Certified to Clerk of

.......................................................... Circuit Court
CITY OR COUNTY

on ..........................................................
DATE

..................................  ..................................
TITLE                          SIGNATURE

Original Delivered [ ] in person  [ ] by certified mail
                   [ ] by electronically transmitted facsimile
                   [ ] by use of filing/security procedures
                       defined in the Uniform Electronic
                       Transactions Act

to Clerk of .......................................................... Circuit Court
CITY OR COUNTY WHERE EXECUTED

on ..........................................................
DATE

..................................  ..................................
TITLE                          SIGNATURE

[X] CONTINUED ON ATTACHED SHEET

(OVER)

FORM DC-338 (MASTER, PAGE ONE OF TWO) 07/17

LOPEZ_003473

4.  The material facts constituting probable cause that the search should be made are:

    See Attachment A

5.  The object, thing or person to be searched for [X] constitutes evidence of the commission of such offense [ ] is the person to be arrested for whom a warrant or process for arrest has been issued.

6.  [ ] Authorization to execute a search warrant of a place of abode other than in the daytime hours between 8:00 a.m. and 5:00 p.m. is requested. The material facts constituting good cause for such authorization are:

    [X] Reasonable efforts were made to locate a judge, and a judge is not available, before seeking authorization from a magistrate to execute a search warrant other than in the daytime hours between 8:00 a.m. and 5:00 p.m., with those reasonable efforts being as follows:

    OR [ ] Reasonable efforts were <u>not</u> made to locate a judge as the following circumstances require the issuance of the search warrant after 5:00 p.m.:

7.  [X] I have personal knowledge of the facts set forth in this affidavit AND/OR
    [X] I was advised of the facts set forth in this affidavit, in whole or in part, by one or more other person(s).  The credibility of the person(s) providing this information to me and/or the reliability of the information provided may be determined from the following facts:

    See Attachment A

The statements above are true and accurate to the best of my knowledge and belief.

Sergeant
TITLE OF APPLICANT

APPLICANT

Subscribed and sworn to before me this day.

11/12/22   11:08
DATE AND TIME

[ ] CLERK     [ ] MAGISTRATE     [X] JUDGE

FORM DC-338 (MASTER, PAGE TWO OF TWO) 03/21 (EMERGENCY ENACTMENT)

LOPEZ_003474

# AFFIDAVIT FOR SEARCH WARRANT

### *Attachment A:*

I, Henrico County, VA Police Sergeant D.C. Wood (hereinafter, Your Affiant), being first duly sworn, hereby depose and state as follows:

### *Section 3:*

### *The things or persons to be searched for are described as follows:*

Evidence of Possession of a Firearm by a Convicted Felon and Burglary Tools to include but not limited to: Firearms, ammunition, firearms parts, firearms accessories, gun boxes, shipping boxes or containers, targets, documentation pertaining to the sale, purchase or manufacture of firearms, ammunition, firearms parts or firearms accessories, photos, schematics, or instructions of firearms or the manufacture of firearms, cellphones, electronic communication devices, tablet computers, internet modems, routers, lock picking devices, computers, 3D Printers, machines used to mill firearms parts, tool such as punches, screwdrivers, glues, cutting instruments and grinding instruments used in the production of firearms.

Evidence of paramilitary activity and/or evidence of committing, conspiring and aiding and abetting acts of terrorism to include but not limited to: documents, records, photographs, videos, member rosters, plans for past and future terroristic events, manifestos, ideological writings, training materials, clothing specific to their ideology, flags or banners or other items that are specific to their ideologies, trophies or mementos taken from persons their ideologies conflict with, literature sympathetic to their ideologies on their person, electronic devices and in their residences.

1

**LOPEZ_003475**

## AFFIDAVIT FOR SEARCH WARRANT

*Section 4:*

***The material facts constituting probable cause that the search should be made are:***

This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

The following facts are known to me through either my direct observations or those of other sworn law enforcement officers who have direct knowledge of this investigation. All these events occurred in Henrico County.

Mr. Xavier Louis LOPEZ resides at 1419 Fort Hill Drive, located in Henrico County. Mr. LOPEZ first came to the attention of the Henrico County Police Division following a suicide attempt in September 2018.

In the fall of 2019, Mr. LOPEZ again came to the attention of law enforcement. Your affiant, and through consultation with Henrico County Police Detective D.H. West (hereinafter Detective West), learned through the course of this investigation that Mr. LOPEZ was active on various social media and online communication platforms. Mr. LOPEZ made statements advocating for civil war and the murder of politicians.

Detective West learned that Mr. LOPEZ was associated with an Instagram account with username "slenderman14w". Through an open-source search, your affiant and Detective West viewed the publicly visible content on this page. The content included anti-Semitic memes, and white supremacist content. One post viewed by Detective West declared, *"race traitors" are people of European ancestry that fraternize with "blacks", further, that miscegenation is race treason, race treason is a Capital Offense, and will be punished by Death."*

2

**LOPEZ_003476**

## AFFIDAVIT FOR SEARCH WARRANT

Your affiant knows through his training and experience that "14w" is often used by white supremacists as a reference to the "14 words". According to the Anti-Defamation League web site adl.org, 14 Words *"is a reference to the most popular white supremacist slogan in the world: "We must secure the existence of our people and a future for white children.""* Through your affiant's training and experience, your affiant has investigated incidents of hate related crimes and organizations where the 14 Words were also part of the person and/or organization's lexicon.

In August 2020, Mr. LOPEZ was arrested for vandalism in Henrico County. Detective West reviewed video related to this offense and observed LOPEZ, wearing camouflaged pants, carrying a blue flag with a white star, and cutting the tires of another person's vehicle. The flag was identified through open-source searches conducted by Detective West and Your Affiant as a "Bonnie Blue" flag. This flag is associated with the Confederate Army during the United States Civil War. During his arrest and transport to jail, Mr. LOPEZ attempted to open a pocketknife. The transporting officer pulled over and removed Mr. LOPEZ from the police vehicle. Detective West reviewed Body Worn Camera footage that showed Mr. LOPEZ assault the officer when he was taken out of the vehicle. Mr. LOPEZ was charged with assaulting law enforcement based on this interaction.

Mr. LOPEZ was granted a suspended sentence in the Henrico County Circuit Court that included several conditions. As part of his plea agreement, Mr. LOPEZ plead guilty to Felony Vandalism on January 7, 2021. Mr. LOPEZ was ordered to, *"surrender all firearms and firearm equipment, to include but not limited to, ammunition and firearms parts; that he has no contact with weapons of any kind, firearms, ammunition, and firearm parts"* to Henrico Police.

In December 2021, Mr. LOPEZ's aunt, B        H        , turned over these items to Henrico County Police. These items included more than 1,000 rounds of 5.56/.223 ammunition,

3

**LOPEZ_003477**

## AFFIDAVIT FOR SEARCH WARRANT

15 AR style magazines with 30 round capacity, two 40 round AR style magazines, four AR-15 80% lowers, three complete AR-style upper receivers, one jig kit for AR-15 80% lowers, four AR-style trigger/handle kits, and four AR-style stocks. Your affiant knows that an "80% lower" is an unfinished lower receiver. The receiver does not have the holes drilled out that are required to complete a working firearm. As the "80% lower" is not complete, it does not require the background check and traditional requirements to purchase a working firearm. Your affiant knows that a "jig kit for AR-15 80% lower" is a device designed to properly line up the unfinished lower receiver to make the necessary modifications needed to create a completed working firearm. Your affiant is aware the combination of these items is what is necessary to mill a specific part of an assault rifle. The incomplete "billet," or firearms part, can also be milled in a fashion to make the weapon function as a machinegun under Virginia State Code.

Detective West had the opportunity to hear Mr. LOPEZ's recorded jail calls. On more than one occasion, Mr. LOPEZ instructed a family member not to turn all his firearm related items over to the Police.

While Mr. LOPEZ was incarcerated, Your Affiant is aware he was injured after assaulting another inmate in Henrico County Jail. Detective West was able to review the report of this assault made by the Henrico County Sheriff's Office. The report indicated an inmate was walking towards his own cell when Mr. LOPEZ struck him. Mr. LOPEZ stated that that he "swung" on the other inmate because the inmate was "pissing me off." The victim of Mr. LOPEZ's assault is a black male.

Mr. LOPEZ was released from custody on June 28, 2021. Detective West reviewed video taken on July 4, 2021, that showed Mr. LOPEZ and another family member inside the Field and Stream store located in Charlottesville, Virginia. This store sells hunting and firearms items. Mr.

4

**LOPEZ_003478**

## AFFIDAVIT FOR SEARCH WARRANT

LOPEZ was observed going to the firearms section and stopping several times. Mr. LOPEZ can be observed crouching down to look into a glass case with handguns inside. Mr. LOPEZ did not purchase any items.

In December 2021, Detective West interviewed Chris Hamilton who was an employee of Cabela's. Cabela's is a hunting equipment and firearms store in Henrico County. Mr. Hamilton recalled Mr. LOPEZ being in the store and having a conversation with him about firearms. Mr. LOPEZ indicated that he wanted to build a .308 caliber rifle with an 11.5-inch barrel. Mr. LOPEZ wanted to find 168 grain Winchester .308 ammunition to use with that rifle. Your affiant is aware this is a proper type of ammunition that would fire from a .308 caliber rifle.

In October 2022, Detective West learned that several purchases were made online and delivered to 1419 Fort Hill Drive, Mr. LOPEZ's residence. Among these purchases was a "G19 Build Kit" sold by US Patriot Armory. Detective West learned from an employee of US Patriot Armory that this kit was a complete Glock Model 19 (9mm semi-automatic pistol) with the exception of the Receiver or Frame. The kit included the slide, barrel, lower parts kit, and magazine. The package was purchased by billing name "John Jackson" at IP Address 73.12.94.90. The email address associated with this order was thirdpositioncrusader@protonmail.com. The package was delivered on September 1, 2022.   The phone number associated with the order was (304)427-7732. Similar to the "80% lower" recovered from Mr. LOPEZ in the past, your affiant knows that unfinished Glock receivers and jig kits are available for purchase online. As the receiver is not complete, it does not require the traditional background checks and requirements needed to purchase a working firearm. Your Affiant searched the US Patriot Armory website on November 11, 2022 and observed the same kit for sale.

5

**LOPEZ_003479**

## AFFIDAVIT FOR SEARCH WARRANT

Detective West learned, through the course of investigation, that other items were shipped to 1419 Fort Hill Drive under a variety of fictitious names. Sparrows Lock Picks, an internet-based company that sells tools for picking locks, provided records to Detective West that showed three separate orders were placed to be delivered to 1419 Fort Hill Drive. These orders from Sparrows Lock Picks included the following bill to and ship to identifiers:

1. Sal Borgenson, 1876 Domangle Avenue, Fazzlebrook, Deleware 76852

   IP Address: 73.12.94.90

   Credit Card Name: Barry (no last name)

   Billing Phone Number: (304)427-7732

   Shipping Phone Number: (313)286-2020

   EMail: thirdpositioncrusader@protonmail.com


2. Denialon Adogoshon, 7238 Redozen Road, Bedasiltown, Colorado 80290

   Ship To: denialon adogoshon, 1419 Fort Hill Drive, Richmond, VA 23226

   Credit Card Name: sedonado (no last name)

   Phone Number (313)286-2020

   Email: thirdpositionmedia@mailfence.com


3. Richard Dickinson, 1419 Fort Hill Drive, Richmond, VA 23226

   Phone Number (313)286-2020

   Email: thirdpositionmedia@mailfence.com

6

## AFFIDAVIT FOR SEARCH WARRANT

Detective West searched for the addresses and found neither the Delaware or Colorado addresses existed.

Your affiant and Detective West reviewed records from Gab.com for username "Cru54d3r". This account was associated with IP address 73.12.94.90 and email address thirdpositioncrusader@protonmail.com. Public posts and comments posted by Cru54d3r included highly anti-Semitic and racist content similar to previous accounts associated with Mr. LOPEZ. The profile picture includes an image of the Bonnie Blue flag along with a Confederate flag with a Swastika in the middle. Your Affiant is aware the Swastika was a symbol used by the Nazi regime and is often associated with racist organizations currently in existence in the United States, to include the Commonwealth of Virginia. The Bonnie Blue flag was the flag Mr. LOPEZ was carrying while committing vandalism in August 2020. Among the content posted by Cru54d3r, were links to video tutorials on how to 3d print handgun lower receivers. One post made by Cur54d3r states:

7

LOPEZ_003481

AFFIDAVIT FOR SEARCH WARRANT

📌 Pinned gab

 **Cru54d3r** @Cru54d3r
Oct 7 · 🜂 · Edited

how to have a proper organization without opening yourself up to glownigger entrapment schemes:

1. all real weapons should be built, not bought. this can be done with a 3D printer and a parts kit, both of which can quite easily be bought untraceably, especially if everyone in the group holds mail for each other, and any debit gift cards used are purchased with cash and are registered under a pseudonym when necessary. ammo and magazines should be standardized for each type (carbines being .223/5.56 and STANAG mag compatible, shotguns being .12 gauge, handguns being 9mm and Glock mag compatible, etc.), and remember the rule for 7 mags per gun (or 7 velcro shell cards per tube fed shotgun), 3 guns per man. all handling of ammo, weapons, and magazines should be done with gloves on. hydration packs, tents, sleeping bags, etc. are an absolute must for each member to have. eventually you want to get to the point where each member is provided with all necessary items upon being fully vetted. also, all vetting of prospective members is to be completed in no more and no less than 15 months.

*"1. All real weapons should be built, not bought, this can be done with a 3D printer and a parts kit, both of which can quite easily be bought untraceably, especially if everyone in the group holds mail for each other, and any debit gift cards used are purchased with cash and registered under a pseudonym when necessary, ammo and magazines should be standardized for each type (carbines being .223/5.56 and STANAG mag compatible, shotguns being .12 gauge, handguns being 9mm and Glock mag compatible, etc.)..."*

8

**LOPEZ_003482**

## AFFIDAVIT FOR SEARCH WARRANT

Several other posts contained below advocate for disregarding laws, acquiring firearms and instructing/demonstrating the use of, application or making of firearms.

 **Cru54d3r** @Cru54d3r · Red Wave Riders · Edited · Oct 5
@LilR and no, being a convicted felon is not at all a valid excuse for remaining unarmed. stay strapped or get clapped. if you don't have a gun yet, at least acquire the means to make one. parts kits are everywhere and 3d printers are pretty cheap now too. you can also have a decent side hustle selling your builds to our white brothers across the pond and all around the world for monero over TOR or isp.

*"@Lilr and no, being a convicted felon is not at all a valid excuse for remaining unarmed, stay strapped or get clapped. If you don't have a gun yet, at least acquire the means to make one, parts kits are everywhere and 3d printers are pretty cheap now too. You can also have a decent side hustle selling your builds to our white brothers across the pond and all around the world for monero over TOR or isp."*

9

**LOPEZ_003483**

## AFFIDAVIT FOR SEARCH WARRANT



**Cru54d3r** @Cru54d3r

Sep 1 · 🗘                                                                              ...

this may sound crazy and extreme, but at this point I'm completely for white immigration. I'm completely for even illegal white immigration. I'm for all white countries for all Fascist whites. if you're a Fascist White man or woman seeking asylum from a country without civilian gun ownership, please cross our border, get married, have a bunch of kids, and arm yourselves to the teeth. tell other Fascists you know in your country to do the same so we can reclaim our lands. let's use the tools kikes have made available against them. infiltrate the migrant caravans and outbreed all the niggers and mutts so as to demographically counter the nonwhite invaders. please be a drain on the kike system by immediately going to social services and getting all the gibs typically given to niggers and mutts. go so far as to fake a mental disorder if you have to. organize into extended family households and take up all the low-medium wage tax-free jobs while concentrating multiple incomes into a single household. squat in abandoned properties and make all nonwhites around you feel uncomfortable. start ganging up on and beating every nigger and kike you see until they are voluntarily leaving the continent in droves. have no tolerance for cops. if they come to your house, that's your cue to shoot them. if you see cops at your white neighbor's house, that's also your cue to shoot them. if you hear of cops beating up a white man in your area, get together to attack the whole police department and even go so far as to break your white brothers out of prison if possible. have no tolerance for race traitors. form militias, build social services for destitute whites and stop crying about glowniggers infiltrating your group. the glowniggers will reveal themselves when we start going after their friends, colleagues, and families. this is total war. let's start acting like it. let's beat all our enemies at their own game. always remember that our enemies have names, addresses, license plate numbers, etc some of which are required to be publicized. have absolutely zero regard for the "law and order" of the kike system that hates you. freely give other whites whatever they may need if you can. you see a homeless white? give him some cash and food. they may not be based enough, but they will be if we follow this model of total racial solidarity that our enemies have adopted themselves.

*"... have absolutely zero regard for the "law and order" of the kike system that hates you..."*

10

**LOPEZ_003484**

## AFFIDAVIT FOR SEARCH WARRANT



**Cru54d3r** @Cru54d3r · 5 reactions · 3 reposts · Sep 15

@541er now is the time. or whenever you decide to act. Nobody's going to be a hero. it's up to you. and me. and every other Fascist Revolutionary to take matters into our own hands. whatever action you are able to do and get away with. just do it. be smart and plan it out. set a date. slowly and methodically select your target and gather the necessary info and supplies. war is an art. become the artist. your target is your canvas. the blood you will spill and shed in your act is the paint. your action is the brush. make a masterpiece. select your target wisely and learn from the mistakes of your predecessors. ensure that no matter what it hurts the kike system more than the cause. Brevik was the best example of this thus far, but we can do even better. if available, gather people you know you can reliably trust enough to act in concert with you. hit multiple targets at the same time to stretch (((enemy))) resources and do as much surgical damage as you can in order to hit the system not where it laughs, but where it SCREAMS. do so in such a way to encourage others to act in ways that are actually effective.

5

Like    Reply    Repost    ⋯

*"@541er now is the time. Or whenever you decide to act. Nobody's going to be a hero. It's up to you. And me. And every other Fascist Revolutionary to take matters into our own hands. Whatever action you are able to do and get away with. Just do it. Be smart and plan it out. Set a date. Slowly and methodically select your target and gather the necessary info and supplies. War is an art. Become the artist. Your target is your canvas. The blood you will spill and shed in your act is the paint, your action is the brush. Make a masterpiece. Select your target wisely and learn from the mistakes of your predecessors. Ensure that no matter what it hurts the kike system more than the cause. Brevik was the best example of this thus far, but we can do even better...."*

11

LOPEZ_003485

AFFIDAVIT FOR SEARCH WARRANT

At least one post encouraged others to acquire lock picking and lock bypass devices:

 **Cru54d3r** @Cru54d3r
Aug 29 · ⬩                                                                                                  ...

you earned a follow from me bro. Incredibly based. it's good when considering things like this to learn the area around you. learn what populations you're able to blend in with and where you'll stick out like a sore thumb. learn how to pick and bypass locks in order to covertly enter into the places necessary to get what you need and/or accomplish any objective you set for yourself. learn where the glownigger offices and pig stations are in relation to your target to determine your enemy's minimum response time. the tools you use, both the approach and escape routes, and the method of completing the mission will be determined by this. always carry a police radio with you and learn the regular positions and patrol routes of your local bolsheviks in blue whenever possible. know thy enemy and know thyself. know how long it takes you to get to your target and if there's any routes that google maps won't tell you about. learn about your target and see if there's any way of indirectly entrapping them.

*"... learn how to pick and bypass locks in order to covertly enter into the places necessary to get what you need and/or accomplish any objective you set for yourself..."*

Two posts talk about Cru54d3r attending church services:

 **Cru54d3r** @Cru54d3r · Roman Catholicism...NOT holocaustianity! · 1 honk · Aug 23
@Anne_Fallible I'm at an SSPX parish and I have to deal with the priest and some (thankfully not all) the parishioners talking about how "Hitler bad" though thankfully they do actually acknowledge that the allies were evil.

 1

Like   Reply   Repost   ⋯

*"@Anne_Fallible Im at an SSPX parish and I have to deal with the priest and some (thankfully not all) the parishoners talking about how "Hitler bad" though thankfully they do actually acknowledge that the allies were evil. "*

12

**LOPEZ_003486**

## AFFIDAVIT FOR SEARCH WARRANT

 **Cru54d3r** @Cru54d3r · 3 reactions · Aug 23

@FascistGoy88 one place you will find them is at a traditional church that isn't totally kiked. I found a girl there that checked off every box on my list, but she's 17 and I'm 22 so that's not happening. I haven't even been going there very long, as I'm still a catechumen. good white women are out there guys, just look in the right places. they're most certainly not going to be on any dating apps or websites whatsoever, and you won't find them in college, the military, the workplace, or the cities.

    3

Like   Reply   Repost  ···

*"@FacistGoy88 one place you will find them is at a traditional church that isn't totally kiked. I found a girl there that checked off every box on my list, but shes 17 and I'm 22 so that's not happening..."*

Detective West observed Mr. LOPEZ attend services at Our Lady of Fatima Catholic Chapel in Richmond, Virginia. Our Lady of Fatima's website (fsspx.today/chapel/va-richmond) describes it's services as offering "traditional Latin mass", the sign in front of the church States Our Lady of Fatima Chapel Traditional Roman Catholic Church, and is a chapel affiliated with Society of Saint Pius X. Your affiant knows Society of Saint Pius X is often abbreviated as SSPX. Xavier LOPEZ's date of birth is '1999 which makes him 21 years and 11 months old.

Your affiant and Detective West were unfamiliar with the term "glownigger" that was used in several of these posts. An opensource search located a definition of the term at urbandictionary.com. Glownigger is defined as, *"a governmental agent making bait posts on forums and image boards to entrap individuals or gather intelligence."* The purported goal of glowniggers is baiting potential criminals or gather intelligence about a particular online community to reveal their intentions or beliefs. "

13

**LOPEZ_003487**

## AFFIDAVIT FOR SEARCH WARRANT

Detective West reviewed records from Comcast, Inc. that show IP address 73.12.94.90 is associated with internet service provided to 1419 Fort Hill Drive. Your affiant knows that this address is the residence of Mr. LOPEZ and B        H        from a check of police records. Detective West has spoken to Mr. LOPEZ inside this residence and observed him enter and exit the residence on numerous occasions. Your Affiant is aware police executed a search warrant at Mr. LOPEZ's residence on August 18, 2020.

Detective West reviewed records from TextNow, who holds records for phone number (304) 427-7732. This number is associated with an unnamed account subscriber associated with IP address 73.12.94.90. (304) 427-7732 was used on the order for gun parts from US Patriot Armory.

Detective West reviewed records from TextNow who holds records for phone number (313) 286-2020. This phone number was associated with orders from Sparrows Lock Picks that were delivered to 1419 Fort Hill Drive. This number is associated with email address howlatem28131@gmail.com and IP address 73.12.94.90. Detective West reviewed call and message logs and observed (313) 286-2020 was communicating with phone number (804) 869-1292. Detective West knows that (804) 869-1292 is the cell phone number of B        H who is Mr. LOPEZ's aunt and who Mr. LOPEZ resides with. Your Affiant conducted a check of police records and noted multiple previous police reports where Ms. H        was reported to reside and 1419 For Hill Drive.

Detective West reviewed records from Twitter that show the email address, howlatem28131@gmail.com was associated with a Twitter account, "@sebasti36233349" with screen name "Sebastian Wolf." This Twitter account was created using IP address 73.12.94.90. The account included anti-homosexual, anti-black, and anti-Semitic content. Some posts called for

14

**LOPEZ_003488**

## AFFIDAVIT FOR SEARCH WARRANT

violence against persons of the Jewish faith. This content is very similar to the content posted by Cru54d3r on Gab. Additionally on Gab, Cru54d3r stated they are on TicTok with the username "Cru54d3rw0lf" with screen name "seabstianwolf01."

Your affiant knows that Brevik is a common reference used to refer to Anders Brevik, a Norwegian domestic terrorist who killed more than 70 people in coordinated attacks involving a bomb and firearms in 2011. In March of 2020, Detective West noted Mr. LOPEZ posted on Facebook, *"Andres Brevik is a hero, he did absolutely nothing wrong."*

Your affiant knows that TOR is a commonly used abbreviation for "The Onion Router" which is an internet browser used to access the dark web and enable anonymous communication.

Your affiant knows that Monero is a decentralized crypto currency. Monero markets its cryptocurrency as *"the only major cryptocurrency where every user is anonymous by default"* according to website www.getmonero.org.

Detective West knows that Mr. LOPEZ was observed using a handheld communication device (cellphone) in October 2022. TextNow is an application that provides communication services over internet connections. Detective West knows that Mr. LOPEZ has been observed using a laptop computer. As described above, your affiant knows that the order for firearm parts was placed from an IP address associated with internet service at 1419 Fort Hill Drive.

Detective West spoke to District 32 Probation and Parole Officer, Zachary Ayoub, who manages Mr. LOPEZ's probation. Mr. LOPEZ has repeatedly advised that he is unemployed and lives at 1419 Fort Hill Drive with one other family member. In November 2022, Detective West reviewed records from the Virginia Employment Commission which confirm no reported employment. The cost of the G19 build kit delivered to 1419 Fort Hill Drive was $394.94.

15

LOPEZ_003489

## AFFIDAVIT FOR SEARCH WARRANT

Mr. LOPEZ routinely travels in the company of B        H        in a white Toyota Highlander with Virginia license plates KGC 6325. The vehicle is routinely located parked in the driveway of 1419 Fort Hill Drive and is easily accessible to Mr. LOPEZ.

Based off Your Affiant's training, experience and knowledge pertaining to the facts ascribed in this affidavit, Your Affiant makes the following assertions:

- Your Affiant knows that individuals who possess firearms routinely possess other items related to that firearm. Items such as ammunition, holsters, locks, magazines, cleaning supplies, targets, firearm accessories, and firearm components that are commonly located in close proximity to a firearm.

- Your affiant reasonably believes that Mr. LOPEZ has advocated for violence against with the use of a firearm towards individuals and the government in the past. Your affiant knows that Mr. LOPEZ has a history of committing violence against others,

- Your affiant knows that Mr. LOPEZ had previously acquired firearms, ammunition, and firearms components,

- Your affiant knows that Mr. LOPEZ has previously obtained the tools and parts required to transform 80% lower receivers into working firearms. These tools include but are not limited to: 3D Printers, machines to mill firearms parts, tool such as punches, screwdrivers, punches, glues, cutting instruments and grinding instruments,

- Your affiant reasonably believes that Mr. LOPEZ is attempting to possess a firearm and the tools to construct one. This is despite his prohibition to

16

**LOPEZ_003490**

## AFFIDAVIT FOR SEARCH WARRANT

possess a firearm or firearm parts due to his felony conviction and the subsequent special conditions of his written plea agreement.

- Your affiant is aware that using a fictitious name on an online order is consistent with attempting to avoid detection by law enforcement. Your affiant reasonably believes that the purchase of the "G19 build kit" that was delivered to 1419 Fort Hill drive is a substantial step towards acquiring a firearm through non-traditional means.

- Your affiant is aware Mr. LOPEZ has acted on his social media posts about producing his own firearms as evident in the items turned over to police subsequent to his felony conviction.

- Your affiant knows that purchases made online are typically made from devices with the ability to connect to the internet. These devices like phones, laptops, and electronic communication devices commonly store records of online activity.

- Your affiant knows that purchases made online leave both physical and digital records. Confirmation emails, delivery notifications, transaction information, shipment tracking information, invoices, and packaging materials are some examples of these records.

- Your affiant reasonably believes that other purchases of items including lock picking and lock bypass devices made using false names and/or records related to those purchases will be located at 1419 Fort Hill Drive. Possession of these items and records would be of evidentiary value in proving methods believed to be used by Mr. LOPEZ as stated in social media posts to

17

LOPEZ_003491

## AFFIDAVIT FOR SEARCH WARRANT

acquire firearm parts and/or components. The Gab posts made by Cru54d3r advocate the use of these tools to acquire firearms by *"covertly enter into places necessary to get what you need..."* Possession of the tools purchased and delivered to 1419 Fort Hill Drive will help to further identify Mr. LOPEZ as the individual who placed these orders using the same methods to purchase firearm components from US Patriot Armory.

- Your Affiant is aware there have been numerous reports of stolen firearms in the area where Mr. LOPEZ resides since he was released from jail.

- Your affiant reasonably believes that documents located at 1419 Fort Hill Drive, related to the purchase of firearm parts including but not limited to invoices, delivery receipts, packaging materials, purchase confirmations, payments, payment records, US currency, handwritten notes and other documents will be evidence of the attempted possession of a firearm by a convicted felon.

- Your affiant reasonably believes that firearm components, firearms, firearm accessories, and/or ammunition, located at 1419 Fort Hill Drive, would constitute evidence of the attempted possession of a firearm by a convicted felon.

- Your affiant reasonably believes that Mr. LOPEZ is engaged in illegal paramilitary activity based off his social media posts about material he has displayed for the purposes of teaching or demonstrating to other persons about the use, application and making of firearms.

- Based off Your Affiant's training and experience, persons that are involved in organized hate groups, domestic terrorism, or persons engaged in paramilitary activities often keep documents, records, photographs, videos,

18

**LOPEZ_003492**

## AFFIDAVIT FOR SEARCH WARRANT

member rosters, plans for past and future terroristic events, manifestos, ideological writings, training materials, clothing specific to their ideology, flags or banners or other items that are specific to their ideologies, trophies or mementos taken from persons their ideologies conflict with, literature sympathetic to their ideologies on their person, electronic devices and in their residences.

- Your affiant is aware ideological writings, manifestos, and literature sympathetic towards a suspected terrorist's ideology may contain information they use to craft their plans, support their motive for criminal activity and recruit other likeminded persons to their cause.

Based on the material facts and assertions, Your Affiant firmly believes that a search of the Mr. LOPEZ's residence will reveal evidence related to Mr. LOPEZ's participation in the violations of law listed in Section 1 of the affidavit.

### Section 7:

*The credibility of the person(s) providing this information to me and/or the reliability of the information provided may be determined from the following facts:*

Your Affiant is a sworn member of the Henrico County Police Division and a law enforcement officer for over twenty-one years. Your affiant is very familiar with firearms. Your affiant previously served as a member of the United States Marine Corps where Your Affiant received formal training in the identification, use, maintenance, construction, and instruction of multiple firearms and weapon systems. Your affiant was a Primary Marksmanship Instructor and graduate of the Designated Marksmanship Program with the Marine Corps. Your affiant is a certified police firearms instructor, served as a member of the Henrico Police SWAT Team for

19

LOPEZ_003493

## AFFIDAVIT FOR SEARCH WARRANT

sixteen years and as a police sniper for eight years. Your affiant has been trained as an armor for Glock handguns and Colt AR- style assault rifles. Your affiant has received formal training on firearms related crimes. Your affiant has participated in numerous investigations with firearms related offenses that have led to convictions in state and federal courts.

Your affiant has received formal training on hate groups and hate crimes. Your affiant has led investigations into known hate groups that have led to convictions in Henrico's courts. Your affiant served as a detective with the Henrico County Police Gang Investigation Team for six years and has served as the supervisor of this unit since 2018. One of the responsibilities of The Gang Investigation Team is the investigation of firearms related crimes and hate crimes.

Henrico County Police Detective D.H. West is a sworn member of law enforcement.

_____
Subscribed & Sworn - 11:08 am
(Affiant) Sergeant D.C. Wood #0918

_____
11/12/22    11:08 Am
(Judge)

A COPY TESTE:
HEIDI S. BARSHINGER, CLERK
HENRICO CIRCUIT COURT

_____
DEPUTY CLERK

20

LOPEZ_003494

RECEIVED

NOV 16 2022

CLERK'S OFFICE
HENRICO CIRCUIT COURT

LOPEZ_003495