

February 20, 2024

Honorable David J. Novak
United States District Court
Eastern District of Virginia (Richmond)
701 E. Broad Street
Richmond, VA 23219

Re:   *United States v. Xavier Lopez*
      Case No.: 3:23-cr-00079

Dear Judge Novak,

I am writing to you to request that Vaughan C. Jones, Esquire be dismissed, and respectfully request that you reappoint court appointed counsel in this case.

I have repeatedly asked Mr. Jones for reports, orders, and documents filed in my case. Mr. Jones has not provided me with any information. Mr. Jones has not kept me informed about my case, has not provided me with a copy of any of the information I have requested, and has not reviewed things with me. As of February 15, 2024, Mr. Jones has not been in contact with me since October 30, 2023. Because of this lack of communication and not informing me about my case, I do not understand the status of my case.

On October 30, 2023, in your courtroom, Mr. Jones requested that I be transferred to Northern Neck Regional Jail so that he would be able to review the case with his client. That has not happened.

I have asked others to contact Mr. Jones and his office on my behalf with no success. I have also tried to contact other attorneys so that I could be informed about my case. In addition, I had a letter sent to Mr. Jones' office requesting he honor our agreement and meet with me (see enclosures).

Mr. Jones has not communicated or provided the services required in representing a client. Without being properly informed about my case and the respective matters involved, I am not able to appropriately prepare or participate in decisions regarding my case and I do not understand the status of my case.

Judge Novak, for the reasons stated, I ask that Vaughan C. Jones, Esquire be dismissed from this case, and respectfully and prayerfully request that you reappoint court appointed counsel.

Sincerely,

*B. Hathay*
on behalf of Xavier Lopez

Enclosures