TO WHOM IT MAY CONCERN:

I AM WRITING THIS LETTER TO EXTEND MY SUPPORT FOR XAVIER LOPEZ, A YOUNG MAN WHO WILL TURN TWENTY FIVE YEARS OLD IN DECEMBER, 2024.

I MET XAVIER WHEN HE WAS ONLY THREE YEARS OF AGE, AND HAVE OBSERVED HIS GROWTH INTO AN OUTSTANDING YOUNG MAN. HE HAS ALWAYS SHOWN GOOD MORAL QUALITIES, AND EXTENDED RECOGNITION AND RESPECT TO OTHERS.

HE HAS EXEMPLIFIED AN INTEREST AND ~~WILLINESS~~ WILLINGNESS TO EXPLORE, AND A KEEN OPENESS TO LEARN NEW THINGS.

XAVIER DID VERY WELL IN HIS YEARS OF LEARNING THROUGHOUT HIS TWELVE YEARS OF PUBLIC SCHOOLS, WHILE EARNING OUTSTANDING AWARDS, AND HAS CONTINUED HIS EDUCATION WHILE ATTENDING SOME COLLEGE CLASSES.

(1 OF 2)

LIFE AWAITS HIS MANY SKILLS AND TALENTS.

I AM CERTAIN, GIVEN THE OPPORTUNITY TO CONTINUE HIS EDUCATION AND OBTAIN GAINFUL EMPLOYMENT, HE WILL BE ABLE TO ESTABLISH HIMSELF AND SUCCEED IN LIFE.


Tommy Dummeck

(2 OF 2)