January 6, 2025

Dear Judge:

Xavier is an exceptional young man. He has overcome many obstacles in his life and has accomplished things that many individuals said he would not be able to achieve.

When he was younger, he learned to ride a bike. He became an avid reader. He graduated from high school with honors and certificates of achievement. He learned to drive and obtained a driver's license. He has also taken college courses and has earned technical certifications. Xavier has been able to achieve all of these milestones despite being diagnosed with a disability that would otherwise generally prevent him from accomplishing these things. Moreover, he has met these milestones in the absence of having his parents in his life.

Given the opportunity, with the proper mentorship and guidance, Xavier can undoubtedly reach more milestones and goals, and be successful in the community and in life.


Regards,
B.H.