January 7, 2025

To whom it may concern:

I am writing this to attest my son's character.  I can say that I am truly impressed by the man he is, despite the overwhelming circumstances he has had to overcome.  He is bright and positive, funny, and altruistic.  I was not ready, or at an acceptable maturity level, to raise a child at that age.  I made the decision to allow my sister to step in and give him a life I could not.  I was young and not in a way that I could be a positive role model.  As a young mother, I thought I was making the best decision for my child.  I had no idea of his upcoming upheavals with his spectrum challenges or how my absence in his life would lead him to trying to later find his identity.  Xavier is funny, childlike, inquisitive and strongly seeking his sense of identity.  I am pleading for the court's understanding.  Xavier is seeking a sense of identity and a relationship with me that I wasn't aware of.  I would plead with the court to have mercy on a man with a child-like spirit that is just seeking a sense of understanding of where he belongs.  He has reached out to others seeking a sense of community trying to find where he belongs but that is because he has never had the presence of his mother or father.  I am present and very willing to help facilitate his future in the most positive ways I can.  Xavier just needs the love and stability that he has never felt.  I truly want to be able to be there for my son in any future endeavors and I hope and pray that the court's eyes see the miracle he is despite the upheaval and confusion he's had to face.  Despite his spectrum disorder and his parents never being available to him, he has still thrived.  Despite people saying he wouldn't graduate or ever be productive, he still thrived.  Please don't let this young man be caught in a system that isn't built to help him be a better man in the future.  Please take into consideration that having a relationship with me and his sisters moving forward and having the opportunities to open up and see that he has his real family, I truly believe would make the change he needs and provide more rehabilitation than any incarceration could ever impact.  I beg the mercy of the court to please take these circumstances into consideration when making your ultimate decision that will impact both my son and my own future moving forward.

Sincerely,
Roseann Gimenez